IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:21cr44 |
| MICHAEL DENNIS THOMAS, | ) |
| Defendant. | ) |

**O R D E R**

Counsel in the above-captioned case has advised the Court that all pretrial motions filed on behalf of the defendant have been complied with and/or resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

IT IS ORDERED that the pretrial motions (docs. 22-32) filed on behalf of the defendant, Michael Thomas, are DISMISSED.

SO ORDERED, this 7th day of June 2021.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA